COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Kenneth B. Chaiken and Chaiken & Chaiken, P.C.

Appellate case number:   01-21-00200-CV

Trial court case number:  1156293

Trial court:             County Civil Court at Law No. 2 of Harris County

Relators, Kenneth B. Chaiken and Chaiken & Chaiken, P.C., have filed a petition for writ of mandamus in this Court, "challeng[ing] the order that Relators immediately pay sanctions and the various injunctions limiting their ability to seek judicial redress." The April 13, 2021 sanctions order was signed by the Honorable George Barnstone.

Judge Barnstone resigned from the office of judge of County Civil Court at Law No. 1 of Harris County, Texas, effective July 19, 2021. On September 28, 2021, the mandamus proceeding was abated to allow Judge Barnstone's successor, the Honorable Audrie Lawton-Evans, to reconsider his order. On October 20, 2021, Judge Lawton-Evans transferred the underlying case to County Civil Court at Law No. 2 of Harris County, Texas, the Honorable Jim F. Kovach presiding. On December 21, 2021, this Court lifted a previously imposed stay to enable Judge Kovach to reconsider the ruling made the basis of relators' petition. Since then, the parties have advised this Court that mediation was scheduled for April 19, 2022.

The Court asks the parties to file an update advising whether mediation was successful and, if not, whether the trial court has reconsidered the April 13, 2021 order or when a hearing or ruling is anticipated. Responses should be filed within **ten days** from the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date:  May 5, 2022